Opinion filed
July 2, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. H. Kay George and
Martin Rothman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Eugene R. Sullivan, appellee, v. Andrew Schmitz, appellant. Gen.
No. 37,147.**

 Opinion
filed July 2, 1934.

Frank A. McDonnell and S. B. McDonnell, Jr., for appellant.
Daniel L. Madden, for appellee; Edward J. Kelley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Jacob Goldberg, plaintiff in error, v. Wesley G. Bender, defendant
in error. Gen. No. 37,357.**

 Opinion filed July 2, 1934.

Maxwell N. Andalman, for plaintiff in error. John P. Loughnane,
John O'C. FitzGerald and Joseph H. Farley, for defendant in error;
George F. Ort, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Robert Eisenberg, defendant in error, v. George R. Blumenstock,
plaintiff in error. Gen. No. 37,428.**

 Opinion
filed July 2, 1934.

Wilhartz, Hirsch & Schanfarber, for plaintiff in error; Julian H.
Levi and Eugene H. Nirdlinger, of counsel. Charles M. Haft, for
defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

**Sera Chrome Plating Company, appellee, v. J. A. Dubow Manufac-
turing Company, appellant. Gen. No. 37,458.**

 Opinion filed July 2, 1934.

Carpenter, Neltnor & Scolnik, for appellant; Avern B. Scolnik, of
counsel. Frederick A. Smith, for appellee.

Mr. Justice McSurely delivered the opinion of the court.